UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SMITH, PATRICIA ANN

Case No.: 17-32249 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on JANUARY 16, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 340 E. 21st Avenue, Unit 7<br>North Wildwood, NJ 08260<br><br>Current Market Value: $258,436.00 |
|---|---|

| Liens on property: | $910,655.34 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME:            /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME:       Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS:         293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO:    (973) 597-9100  
SUBMITTED BY:    Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED:           December 14, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 17-32249-JKS
Patricia Ann Smith                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin         Page 1 of 1         Date Rcvd: Dec 15, 2017
                        Form ID: pdf905     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
db          +Patricia Ann Smith,    31 Meade Street Floor 2,    West Orange, NJ 07052-6003
517157014    Apothaker & Assoc,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
517157015    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517157016    Bank of New York Mellon,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
517157017    Celentano Stadmauer & Walentowicz LLP,    1035 US Highway 46 Ste B208,    Clifton, NJ 07013-2469
517157018    HSBC Bank Nevada NA,    1111 N Town Center Dr,    Las Vegas, NV 89144-6364
517157023    PMAB LLC,    4135 Southstream Blvd Ste 400,    Charlotte, NC 28217-4636
517157022    Pluese, Becker & Slatzman, LLC,    20000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4318
517157024    SLS,    PO Box 620188,    Atlanta, GA 30362-2188
517157025    St. Barnabas Hospital,    95 Old Short Hills Rd,    West Orange, NJ 07052-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2017 22:14:28    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2017 22:14:26    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517157019    E-mail/Text: cio.bncmail@irs.gov Dec 15 2017 22:14:08
              IRS - Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517157021    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 22:17:38    LVNV Funding LLC,
              PO Box 10497,    Greenville, SC 29603-0497
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517157020*     IRS-Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517157013      ##Allendale County Hospital,    1787 Allendale Fairfax Hwy,    Fairfax, SC 29827-9133
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Cassandra C. Norgaard    on behalf of Debtor Patricia Ann Smith cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  CWABS, Inc., Asset-Backed Certificates, Series  2007-1
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5